STATE OF CONNECTICUT *v.* NAJI MUHAMMAD

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 392 (AC 24536), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Julia K. Conlin*, assistant state's attorney, in opposition.

Decided November 16, 2005

STATE OF CONNECTICUT *v.* HECTOR FERMAINT

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 91 Conn. App. 650 (AC 25192), is denied.

*Julia K. Conlin*, assistant state's attorney, in support of the petition.

*Erika L. Amarante*, special public defender, in opposition.

Decided November 16, 2005

RENEE WINCHESTER *v.* ROBERT MCCUE

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 721 (AC 25293), is denied.

*Campbell D. Barrett*, in support of the petition.

Decided November 16, 2005